# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132672

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

DARRELL WAYNE GUTZMAN,
         Defendant-Appellant.

SC: 132672
COA: 273623
Marquette CC: 06-043442-FH

_____/

On order of the Court, the application for leave to appeal the November 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007 _____

_____
Clerk

s0319